# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Bernard Vann,                                          Civil No. 10-2976 (PAM/XXX)

        Plaintiff,

   v.                                                    **ORDER**

Duluth/Lake Superior Drug
and Gang Task Force
(Duluth Minnesota),

        Defendant.

_____

On August 12, 2010, this Court ordered Plaintiff to pay a partial filing fee of $74.47 by September 1, 2010, or risk dismissal of his lawsuit. Plaintiff now requests a 30-day extension of time, because he is in the process of transferring to a different correctional facility. Plaintiff has established good cause for the extension he seeks.

Accordingly, **IT IS HEREBY ORDERED that** Plaintiff shall pay an initial filing fee of not less than $74.47 by October 1, 2010, failing which this action will be dismissed without prejudice.

Dated: <u>Tuesday, August 24, 2010</u>

<u>*s/ Paul A. Magnuson*</u>

Paul A. Magnuson
United States District Court Judge
