UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bernard Vann,                                        Civil No. 10-2976 (PAM/LIB)

          Plaintiff,

v.                                                           **ORDER**

Duluth/Lake Superior Drug
and Gang Task Force
(Duluth Minnesota),

          Defendant.

---

This matter is before the Court on Plaintiff's request for a dismissal of this lawsuit without prejudice. Defendant has not been served, and thus has not filed any responsive pleading. Plaintiff is thus entitled to the dismissal he seeks.

Accordingly, **IT IS HEREBY ORDERED that**:

1. Plaintiff's Motion to Dismiss (Docket No. 7) is **GRANTED**; and

2. Pursuant to Fed. R. Civ. P. 41(a), this matter is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   November 3, 2010

                                                            *s/Paul A. Magnuson*
                                                            Paul A. Magnuson
                                                            United States District Court Judge